UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NPI HILLCREST INVESTOR GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. 3:25-cv-50206 |

**STIPULATION TO DISMISS WITH PREJUDICE**

The parties stipulate and agree that all claims at issue in this matter have been resolved and this matter should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims and counterclaims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
*Attorneys for Plaintiff*

/s/ Brian Reid
Brian Reid
LITCHFIELD CAVO, LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6617
Facsimile: (312) 781-6630
reid@litchfieldcavo.com
*Attorneys for Defendant*